3 So.2d 916

**Walter BAILEY v. STATE.**

**7 Div. 586.**

Court of Appeals of Alabama.

June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.